UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| PHILOMENA GLOWKA<br><br>**Plaintiff,**<br><br>vs.<br><br>SIMM ASSOCIATES, INC.<br><br>**Defendant** | **COMPLAINT**<br>**JURY TRIAL DEMANDED** |

## I. JURISDICTION AND VENUE

1. Jurisdiction of this Court arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 *et seq* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, false, deceptive, misleading and unfair practices.

2. Venue is proper in this District because Defendant transacts business within this District, the acts and transactions occurred in this District, and Plaintiff resides in this District.

## II. PARTIES

3. Plaintiff, Philomena Glowka, (hereinafter "Plaintiff") is a natural person residing at 1922 Appaloosa Road, Warrington PA 18976. Because Plaintiff is allegedly obligated to pay a debt that is the subject of this case was primarily used for family, personal or household purposes, she is a consumer within the meaning of FDCPA, 15 U.S.C. § 1692a(3).

4. Defendant, Simm Associates, Inc. (hereinafter "Simm" or "Defendant") is, upon information and belief, a professional corporation whose address is listed as 800 Pencader Drive, Newark DE 19702 and, at all times relevant herein and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6), who acted by and through its owners, managers, officers, shareholders, authorized representatives, partners, employees, agents and/or workmen.

5. Defendant, at all times relevant hereto, is considered a person who used an instrumentality of interstate commerce or the mails in a business the principal purpose of which was the collection of debts, who regularly collected or attempted to collect, directly or indirectly, debts owed or due asserted to be owed or due another, and/or who, in the process of collecting its own debts, used a name other than its own which would indicate that a third person was collecting or attempting to collect such debts.

### III. FACTUAL ALLEGATIONS

6. On or about November 29, 2015 American Education Services sent Plaintiff a bill for a student loan account ("the Account"), requesting a payment of $873.02 with a payment due date of December 19, 2015. A true and correct copy of the November 29, 2015 American Education Services letter is attached hereto as Exhibit "A".

7. On or about December 2, 2015 at 11:00am, Defendant called Plaintiff in regards to the account.

8. During the phone call, Defendant told Plaintiff that in order to prevent her loan from going to collections, she would have to pay $215.00 by 12 noon.

9. The aforesaid call was the first communication that Plaintiff received from Defendant.

10. At the time of the call, Plaintiff had never received any other calls nor written communications from Defendant.

11. On or about December 27, 2015 Defendant sent a letter to Plaintiff referencing the account. A true and correct copy of the December 27, 2015 letter is attached hereto as Exhibit "B".

12. Defendant violated the FDCPA by making representations that were false, deceptive, material, and misleading in that it:

> a.) Stated that a payment was due by 12:00 noon on December 2, 2015, which was contrary to the actual due date of December 19, 2015 set forth in the November 29, 2015 bill.
>
> b.) Mischaracterized Plaintiff's account and threatened her that it was going to be sent to collections when it was already in collections given that Defendant is a debt collector.
>
> c.) Failed to send a written validation notice within five (5) days of the initial communication.

13. Based upon the aforestated facts, upon information and belief, Defendant failed to adhere to procedures and/or policies which would prevent violations of the FDCPA.

### IV. VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA) 15 U.S.C. § 1692, et seq.

14. Plaintiff incorporates her allegations of paragraphs 1 through 13 as though set forth at length herein.

15. Defendant's actions as aforestated are false, deceptive, material, and misleading to Plaintiff as follows:

(a) Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person;

(b) Defendant violated 15 U.S.C. § 1692e by making false, deceptive, or misleading representation or means in connection with the debt collection;

(c) Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the character, amount or legal status of the alleged debt;

(d) Defendant violated 15 U.S.C. § 1692e(5) by threatening to take action that cannot legally be taken or that is not intended to be taken;

(e) Defendant violated 15 U.S.C. § 1692e(10) by making false representations or using deceptive means to collect to collect the alleged debt;

(f) Defendant violated 15 U.S.C. § 1692f by using unfair and unconscionable means to attempt to collect Plaintiff's alleged debt;

(g) Defendant violated 15 U.S.C § 1692g by failing to send the Plaintiff a 30-day validation notice within five (5) days of the initial communication

16. As a direct and proximate result of Defendant's illegal collection efforts and communications, Plaintiff has suffered mental anguish, emotional distress, anger, anxiety, and frustration, fear, embarrassment and humiliation.

17. Plaintiff has been seriously damaged by Defendant's violations of the FDCPA and is entitled to actual damages, compensatory damages, costs and attorneys' fees.

18.     As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, attorneys' fees and costs in accordance with 15 U.S.C. § 1692k.

## IV. CLAIMS FOR RELIEF

19.     Plaintiff incorporates her allegations of paragraphs 1 through 18 as though set forth at length herein.

20.     The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692, et seq.

21.     As a result of each of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. §1692k(a)(1); statutory damages in amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Philomena Glowka, prays that judgment be entered against Defendant, Simm Associates, Inc., for the following:

(1)     Actual damages;

(2)     Statutory damages each in the amount of $1,000.00;

(3)     Reasonable attorneys' fees and costs;

(4)     Declaratory judgment that the Defendant's conduct violated the FDCPA;

(5)     Such other and further relief that the Court deems just and proper.

## VI. DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby respectfully demand a trial by jury.

Respectfully submitted,

*[signature]*

Law Office of Michael P. Forbes, P.C.
By: Michael P. Forbes, Esquire
Attorney for Plaintiff
Attorney I.D. #55767
200 Eagle Road
Suite 50
Wayne, PA 19087
(610) 293-9399
(610) 293-9388 (Fax)
michael@mforbeslaw.com

# Exhibit A



November 29, 2015

# MONTHLY BILL

Name: PHILOMENA L GLOWKA
Account Number: ▓▓▓▓▓ 0000

| Payment Summary | |
|---|---:|
| Last Payment Received | 06/25/2015 |
| Amount Past Due | $579.01 |
| Late Fees Assessed | $15.00 |
| Current Payment Due | $279.01 |
| Total Due by 12/19/2015 | $873.02 |

## YOUR LOAN DETAILS

| Loan Sequence | Date Disbursed | Loan Program | Original Balance | Current Balance | Interest Rate | Monthly Payment | Past Due | Current Due |
|---|---|---|---|---|---|---|---|---|
| *1001 | 07/26/2007 | ALPLN | $24,043.72 | $33,526.62 | 5.950% | $279.01 | $579.01 | $279.01 |

| Total paid since your last statement | $0.00 |
|---|---:|
| Interest Satisfied | $0.00 |
| Principal Satisfied | $0.00 |
| Late Fees Paid | $0.00 |

| As of today, you've paid on your loans | $1,325.34 |
|---|---:|
| Total Interest Satisfied | $1,028.12 |
| Total Principal Satisfied | $292.22 |
| Total Late Fees Paid | $5.00 |

You may be required to remit your full monthly installment amount, even if your loan(s) are paid ahead, in order to maintain reduced interest rate eligibility under any applicable Repayment Incentive Program offered by your lender(s). Contact us for details.

Make checks payable to American Education Services and include your 10 digit account number.
Customer Statement

Amount Enclosed: Do not write dollar sign in boxes below or on check.

| Account Number: | Due Date: | | Total Amount Due: |
|---|---|---|---|
| ▓▓▓▓▓ | 12/19/2015 | $ [    ] | $873.02 |



#BWNDHKB
#B713 5355 0811 29L4#
PHILOMENA L GLOWKA
1922 APPALOOSA RD
WARRINGTON PA 18976-1902

AMERICAN EDUCATION SERVICES
PAYMENT CENTER
HARRISBURG PA 17130-0001

C,,BRLP

# Exhibit B

Department # 119823
PO Box 1259
Oaks PA 19456

# SIMM ASSOCIATES, INC.
800 PENCADER DRIVE
NEWARK DE 19702
(302) 283-2800 · 866/572-5696

| Account # | Balance: $34,285.56 |
|---|---|
| Client: NATIONAL COLLEGIATE TRUST - 120 DAY | |

PHILOMENA GLOWKA
1922 APPALOOSA RD
WARRINGTON PA 18976-1902

SIMM ASSOCIATES, INC.
P.O. BOX 7526
NEWARK DE 19714-7526

___ Opt-Out Notice (See back for details)

---

Detach Upper Portion And Return With Payment

---

December 27 2015

CLIENT: NATIONAL COLLEGIATE TRUST - 120 DAY
LOAN SERVICER: PHEA
LOAN NUMBER: ████████████HEA
ORIGINAL LENDER: PNC BANK

CURRENT BALANCE: $34,285.56
MINIMUM PAYMENT DUE: $279.01

Dear PHILOMENA GLOWKA,

Your account with the above referenced client is in a delinquent status. They have retained us to review your account and commence collection activity. Our client reserves the right to enforce against you some or all of the provisions contained in your credit agreement in accordance with the state and federal laws that apply to your student loan.

Act now to avoid the negative consequences of continued non-payment. Payment programs are available so call to discuss. You may also make a payment at www.aesSuccess.org.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Jeffrey S. Simendinger
SIMM Associates
866/572-5696

A convenience fee may be assessed based on the method of payment. Please reference
www.simmassociates.com/payment.htm
**Please See Reverse Side For Important Information**



3982-50-12

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Philomena Glowka
1922 Appaloosa Road
Warrington PA 18976

### DEFENDANTS
Simm Associates, Inc.
800 Pencader Drive
Newark DE 19702

**(b)** County of Residence of First Listed Plaintiff  Bucks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  New Castle
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Law Offices of Michael P. Forbes, PC
200 Eagle Road Suite 50
Wayne PA 19087

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [x] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692 FDCPA

Brief description of cause:
Debt Collection

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 2/11/16

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Philomena Glowka                :         CIVIL ACTION
                     v.         :
Simm Associates, Inc.           :         NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

2/11/16        Michael P. Forbes        Philomena Glowka
**Date**       **Attorney-at-law**      **Attorney for**
610 293-9399   610 293 9388             michael@mforbeslaw.com
**Telephone**  **FAX Number**           **E-Mail Address**

(Civ. 660) 10/02

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **1922 Appaloosa Rd. Warrington PA 18976**

Address of Defendant: **800 Pencader Dr. Newark DE 19702**

Place of Accident, Incident or Transaction: **1922 Appaloosa Rd. Warrington PA 18976**
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  No☑

Does this case involve multidistrict litigation possibilities?  Yes☐  No☑

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases (Please specify) **15 USC 1692 FDCPA**

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases (Please specify) _____

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, **Michael P. Forbes**, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: 2/11/16  _____ Attorney-at-Law  Attorney I.D.# 55767

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/11/16  _____ Attorney-at-Law  Attorney I.D.# 55767

CIV. 609 (5/2012)